UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Nathaniel Pernell Lewis                      Docket No. 5:17-CR-54-1FL

**Petition for Action on Probation**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Nathaniel Pernell Lewis, who, upon an earlier plea of guilty to Theft of Mail, in violation of 18 U.S.C. § 1708, was sentenced in the Middle District of North Carolina by the Honorable William L. Osteen, Jr., Chief U.S. District Judge, on February 1, 2017, to 36 months probation under the conditions adopted by the court.

On February 22, 2017, the jurisdiction was transferred to the Eastern District of North Carolina. On September 14, 2017, as a result of the defendant testing positive for cocaine, a Violation Report was forwarded to the court recommending continuing supervision, and the defendant was referred back to substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 29, 2018, the defendant submitted a urine specimen which tested positive for marijuana. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct and in an effort to deter future drug use, we would respectfully recommend that his probation be modified to include 60 days of curfew. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Senior U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2538<br>Executed On: February 9, 2018 |

**ORDER OF THE COURT**

Considered and ordered this __9th__ day of __February__, 2018, and ordered filed and made a part of the records in the above case.

/s/ Louise W. Flanagan
Louise W. Flanagan
U.S. District Judge